BEFORE THE FIRST DIVISION, JUNE 18, 1943

**No. 48399.**—Protest 76707–K of American Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers in question are composed in chief value of decorated glass, similar to those the subject of Abstract 44140. In accordance therewith the claim at 60 percent under paragraph 218 (f) was sustained.